J. B. AND S. L. MATTAIR, APPELLANTS, VS. KOHN, FURCHGOTT & CO., APPELLEES.

Appeal from Circuit Court Alachua county.

*Evans Haile*, for Appellants.

*Hampton & Ammons*, for Appellees.

The bill in this case was filed by the appellees against the appellants. There was decree for the complainants and the defendants appeal.

Appeal dismissed on motion of counsel for appellees.